UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALVIN R. HARCUM III | Mag. No. 13-mj-2047(JS)<br><br><br><br>UNSEALING ORDER |

This matter having come before the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney (Justin C. Danilewitz, Assistant United States Attorney, appearing) for an order unsealing the Complaint in this matter, and for good cause shown,

IT IS on this __ day of May, 2013,

ORDERED that the Complaint filed in this matter be, and hereby is, unsealed.

_____
HON. JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE